UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| JEIKER JOSUE M. Q., | Case No. 26-cv-505 (LMP/ECW) |
| Petitioner, | |
| v. | **ORDER** |
| PAM BONDI, *Attorney General of the United* States; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; and WARDEN, KANDIYOHI COUNTY JAIL, | |
| Respondents. | |

---

On January 21, 2026, Petitioner Jeiker Josue M. Q. filed a petition for a writ of habeas corpus, challenging the legality of his continued immigration detention. *See* ECF No. 1. Jeiker Josue M. Q. did not pay the required filing fee, nor did he submit an Application to Proceed Without Prepayment of Fees ("IFP Application"). On January 21, 2026, the Clerk's Office mailed Jeiker Josue M. Q. a letter informing him that if he did not submit a filing fee or an IFP Application within 15 days, his case "could be summarily dismissed without prejudice." ECF No. 3 at 1. To date, Jeiker Josue M. Q. has not paid the required filing fee or submitted an IFP Application.

Accordingly, **IT IS HEREBY ORDERED** that:

1. No later than March 18, 2026, Jeiker Josue M. Q. must either pay the required filing fee or submit an IFP Application.

2

2. If Jeiker Josue M. Q. does not pay the required filing fee or submit an IFP Application by March 18, 2026, the Court will dismiss his petition without prejudice for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

Dated: February 18, 2026                *s/Laura M. Provinzino*
                                        Laura M. Provinzino
                                        United States District Judge