# UNITED STATES DISTRICT COURT
## District of Minnesota

Jeiker Josue Monzon Quitana,

                Petitioner(s),

v.

Pamela Bondi, U.S. Department of
Homeland Security, U.S. Immigration and
Customs Enforcement, Kristi Noem, Todd
M. Lyons, David Easterwood and
Kandiyohi County Jail,

                Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-505 LMP/ECW

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED THAT:

1. Jeiker Josue M. Q.'s Amended Petition for Writ of Habeas Corpus (ECF No. 6) is **GRANTED**;

2. The Government is **ORDERED** to release Jeiker Josue M. Q. from custody in Minnesota, without conditions and with all personal property, by no later than **5:00 p.m.** on Saturday, **February 28, 2026**;

3. The Government is **ORDERED** to file a status report certifying its compliance with this Order by no later than **Monday, March 2, 2026**; and

4. If the Government seeks to impose conditions of release on Jeiker Josue M. Q. or to retain Jeiker Josue M. Q.'s property, the Government's status report must include:

(a) the conditions imposed or the property retained; and

(b) the legal basis on which the conditions are imposed or the property is retained.

Date: 2/27/2026

                                    KATE M. FOGARTY, CLERK